597 S.E.2d 141

**In the Matter of Tara Anderson THOMPSON, Respondent.**

Supreme Court of South Carolina.

May 21, 2004.

## ORDER

By order dated May 20, 2004, respondent was placed on interim suspension pursuant to Rule 17, RLDE, Rule 413, SCACR. The Office of Disciplinary Counsel seeks appointment of an attorney to protect the interests of respondent's clients pursuant to Rule 31, RLDE, Rule 413, SCACR.

IT IS ORDERED that R. Spencer Roddey, Jr., Esquire, is hereby appointed to assume responsibility for respondent's client files, trust account(s), escrow account(s), operating account(s), and any other law office account(s) respondent may maintain. Mr. Roddey shall take action as required by Rule 31, RLDE, Rule 413, SCACR, to protect the interests of respondent's clients. Mr. Roddey may make disbursements from respondent's trust account(s), escrow account(s), operating account(s), and any other law office account(s) respondent

may maintain that are necessary to effectuate this appointment.

This Order, when served on any bank or other financial institution maintaining trust, escrow and/or operating accounts of respondent, shall serve as an injunction to prevent respondent from making withdrawals from the account(s) and shall further serve as notice to the bank or other financial institution that R. Spencer Roddey, Jr., Esquire, has been duly appointed by this Court.

Finally, this Order, when served on any office of the United States Postal Service, shall serve as notice that R. Spencer Roddey, Jr., Esquire, has been duly appointed by this Court and has the authority to receive respondent's mail and the authority to direct that respondent's mail be delivered to Mr. Roddey's office.

This appointment shall be for a period of no longer than nine months unless request is made to this Court for an extension.

IT IS SO ORDERED.

s/ Jean H. Toal, C.J.

FOR THE COURT